IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nadia Mary Metroka,  :  <br> : <br>Plaintiff, : No. 2:22-cv-02740-JMY <br> : Judge John M. Younge <br>v. : <br> : <br>Capital Blue Cross; : <br>Mr. Todd Shamash, : Electronically Filed <br> : <br>Defendants. : | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Capital Blue Cross and Todd Shamash (collectively, "Capital") move to dismiss the Complaint filed by Plaintiff Nadia Mary Metroka (Dkt. 1) pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), for the reasons articulated in the contemporaneously filed Brief in Support of Motion to Dismiss.

**WHEREFORE**, Capital respectfully requests that the Court dismiss Plaintiff's Complaint, and grant such further relief as the Court deems just and equitable.

Respectfully submitted,

Dated: January 24, 2023

*/s/ Matthew M. Haar*
Matthew M. Haar, Esq. (85688)
Saul Ewing LLP
2 N. Second Street, 7th Floor
Harrisburg, PA 17101
matt.haar@saul.com – 717-257-7508
*Attorney for Capital Blue Cross
and Todd Shamash*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I served a true and correct copy of the foregoing *Motion to Dismiss* on the following by first class mail, postage prepaid:

Nadia Mary Metroka
110 East Broward Boulevard, Suite 1700
Fort Lauderdale, FL  33301

Dated:  January 24, 2023             */s/ Matthew M. Haar*
                                    Matthew M. Haar